```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :
                              :
                              :
                              :
v.                            :   Case No. 3:23-cr-0173 (RNC)
                              :
MICHAEL MIHALKO               :
                              :
```

ORDER

    The defendant, Michael Mihalko, has pleaded guilty to conspiracy to distribute and possess with intent to distribute methamphetamine. Sentencing has been postponed to enable him to participate in the Support Court Program.

    A recent petition submitted by the Probation Office (ECF 58) shows that Mr. Mihalko has been recklessly using methamphetamine in violation of the conditions of his bond and the rules of Support Court, thereby jeopardizing his ability to remain free on bond pending sentencing and his ability to complete the Support Court program.

    Viewing the petition in light of the history of this case, I find it necessary and appropriate to obtain information concerning Mr. Mihalko's mental condition to aid in making a determination concerning the appropriate sentence.

    Accordingly, pursuant to 18 U.S.C. §§ 3552(c) and 4244(b), it is hereby ordered that a psychiatric or psychological

examination of the defendant be conducted and a report of the examination be provided to the court.

The Probation Office will arrange for the examination and report to be done by a qualified consultant as soon as reasonably possible.  For this purpose, the court recommends that the Probation Office contact Reena Kapoor, MD, Director of the Law & Psychiatry Division of the Connecticut Mental Health Center at the Yale School of Medicine.

The examination and report should address the defendant's mental condition currently and at the time of the offense conduct with reference to the sentencing factors set forth in 18 U.S.C. § 3553(a)(1) and (2).  In addition, the report should provide recommendations regarding any needed treatment.

Sentencing will be postponed pending receipt of the report.

So ordered this 5th day of May 2025.

/RNC/
Robert N. Chatigny
United States District Judge